**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID ALLEN MELVIN,** ) | 1:07-CV-0787-OWW WMW HC |
| ) | |
| Petitioner, ) | ORDER DISMISSING |
| ) | PETITION FOR WRIT OF |
| vs. ) | HABEAS CORPUS |
| ) | |
| **PEOPLE OF CALIFORNIA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a state prison proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge "the very fact or duration of his confinement," and where "the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973). In contrast, a civil rights

action pursuant to 42 U.S.C. § 1983 is the proper method for a prisoner to challenge the conditions of that confinement.

In this case, Petitioner expressly states that he is not challenging his conviction, but rather is challenging denial of his right under California law to seek bail pending appeal. Specifically, Petitioner claims that the California Court of Appeal refused to accept his pro se motion for bail pending appeal, and his appellate attorney refused to file such a motion for him. Petitioner claims that this amounted to a deprivation of his rights under the Fourteenth Amendment. Because Petitioner is not challenging his conviction or custody, no habeas corpus remedy exists for him.

1) The petition for writ of habeas corpus is DISMISSED for failure to state a claim; and

2) The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:   November 6, 2007                   /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2